PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ZACHARY BERKOFF-CANE, WSBN 47988
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (410) 966-1542
      E-Mail: zachary.berkoff@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYENNE LOLA JULIAN,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-CV-01775-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from April 17, 2023, up to and including May 17, 2023. This is the Defendant's first request for an extension.

Defendant requests this extension in order to further consider the 1,420 page administrative record in light of the three issues raised in Plaintiff's motion. Counsel for Defendant has not been dilatory. Since March 3, 2023, when Plaintiff filed her Motion for Summary Judgment, counsel for Defendant has filed seven briefs and completed one negotiated settlement. Counsel for Defendant has another seven outstanding briefs to be filed in the next thirty days.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                Respectfully submitted,

Dated:  April 12, 2023      /s/ *Francesco Benavides**
                (*as authorized via e-mail on Apr. 12, 2023)
                FRANCESCO P. BENAVIDES
                Attorney for Plaintiff

Dated: April 12, 2023       PHILLIP A. TALBERT
                United States Attorney
                MATHEW W. PILE
                Associate General Counsel
                Social Security Administration

          By:  /s/ *Zachary Berkoff-Cane*
              ZACHARY BERKOFF-CANE
              Special Assistant U.S. Attorney

                Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including May 17, 2023, to respond to Plaintiff's Motion for Summary Judgment.

DATED:  April 12, 2023

                ALLISON CLAIRE
                UNITED STATES MAGISTRATE JUDGE